United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 BLESSING AHURUONYE,                              No. C-13-02248 DMR

12          Plaintiff,                    **ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE**

13    v.                                  **CONFERENCE**

14 WELLS FARGO HOME MORTGAGE, *et al.*,

15          Defendants.

   _____/

16

17          Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the court refers this

18 foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone

19 conference to assess this case's suitability for mediation or a settlement conference.  Plaintiff and

20 Defendants' counsel shall participate in a telephone conference, to be scheduled by the ADR Unit by

21 June 11, 2013 or as soon thereafter as is convenient to the ADR Unit.

22          Plaintiff and Defendants' counsel shall be prepared to discuss the following subjects:

23          (1)      Identification and description of claims and alleged defects in loan

24 documents.

25          (2)      Prospects for loan modification.

26          (3)      Prospects for settlement.

27 The parties need not submit written materials to the ADR Unit for the telephone conference.

28          In preparation for the telephone conference, Plaintiff shall do the following:

  (1) Review relevant loan documents and investigate the claims to determine whether they have merit.

  (2) If Plaintiff is seeking a loan modification to resolve all or some of the claims, Plaintiff shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request. Further, Plaintiff shall immediately notify Defendants' counsel of the request for a loan modification.

  (3) Provide counsel for Defendants with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

 In preparation for the telephone conference, counsel for Defendants shall do the following.

  (1) If Defendants are unable or unwilling to do a loan modification after receiving notice of Plaintiff's request, counsel for Defendants shall promptly notify Plaintiff to that effect.

  (2) Arrange for a representative of each Defendant with full settlement authority to participate in the telephone conference.

 The ADR Unit will notify the parties of the date and time the telephone conference will be held. After the telephone conference, the ADR Unit will advise the court of its recommendation for further ADR proceedings.

 IT IS SO ORDERED.

Dated: May 28, 2013

IT IS SO ORDERED

Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Judge

cc: ADR

**United States District Court**
For the Northern District of California