UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLESSING AHURUONYE,

    Plaintiff(s),

    v.

WELLS FARGO HOME MORTGAGE,

    Defendant(s).

No. C-13-02248 DMR

**ORDER ON PLAINTIFF'S MOTION TO DISMISS**

On June 20, 2013, Plaintiff Blessing Ahuruonye filed a motion to dismiss this action as to all parties without prejudice, and noticed the motion for hearing on August 5, 2013. [Docket No. 10.] Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before an "opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). As no party has filed an answer or a motion for summary judgment, no court order is necessary to dismiss this action. The Clerk is directed to close the case file.

IT IS SO ORDERED.

Dated: June 21, 2013



_____
DONNA M. RYU
United States Magistrate Judge